[No. 2410–2. Division Two. June 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. PHYLLIS M. RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 4537, D. J. Cunningham, J., entered May 24, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2490–2. Division Two. June 7, 1977.]

JAMES LEWIS DAVIS, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 63994, John H. Kirkwood, J., entered June 18, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2413–2. Division Two. June 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLENY LAVELLE ESHMON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49219, James V. Ramsdell, J., entered May 4, 1976. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.